# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **REGINALD J.,** ) | |
| ) | |
| Plaintiff, ) | Case No. 7:20CV00456 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **KILOLO KIJAKAZI,** ) | JUDGE JAMES P. JONES |
| **ACTING COMMISSIONER** ) | |
| **OF SOCIAL SECURITY,** ) | |
| ) | |
| Defendant. ) | |

It appearing that no objections have been timely filed to the Report filed February 11, 2022, setting forth the findings and recommendations of the magistrate judge, it is **ORDERED** as follows:

1. The Report and its findings and recommendations are wholly ACCEPTED and APPROVED;

2. The Plaintiff's Motion for Summary Judgment is DENIED; and

3. The Defendant's Motion for Summary Judgment is GRANTED.

A final judgment will be entered herewith.

ENTER: March 3, 2022

/s/ JAMES P. JONES
Senior United States District Judge